Territorial Law Library

FILED
SUPERIOR COURT
OF GUAM

2009 AUG -4 AM 9: 07

CLERK OF COURT
BY:_____

IN THE SUPERIOR COURT OF GUAM

| | | |
|---|---|---|
| THE PEOPLE OF GUAM | ) | CRIMINAL CASE NO. CF0230-09 |
| | ) | |
| vs. | ) | |
| | ) | |
| JOSEPH BENNY CRUZ, JR., | ) | DECISION AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter came before the Honorable Alberto C. Lamorena III on July 7, 2009 on Defendant's Motion for Diversion. Attorney Kimberli Raines appeared on behalf of the People of Guam. Appearing on behalf of Defendant was Attorney Maria G. Fitzpatrick. After reading the parties' briefs, the Court took the matters under advisement. The Court now issues its Decision and Order.

## FACTUAL HISTORY

On May 3, 2008, the Defendant was arrested and subsequently charged with two counts of Terrorizing and Family Violence as a Third Degree Felony, and Harassment as a Petty Misdemeanor.

## DISCUSSION

Though Defendant is statutorily eligible for diversion under Title 9 G.C.A. §30.80(a), the People object to Defendant's motion, arguing that Defendant has a serious criminal history, making Defendant not eligible for the diversion process. Defendant argues that he is in need of

-1-

treatment and educational programs, that the victim suffered no bodily injury, and that his criminal history has been clean for the last nine years, and none of the charges were violent in nature.

The Court has the discretion, under Title 9 G.C.A. §30.80(e), to consider an application for the diversion process from the Defendant. Under §30.80.1(a), the Court considers the nature and extent of the injury inflicted upon the victim, any prior incidents of family violence by the Defendant, and any factors which would adversely influence the likelihood of successful completion of the diversion process.

There are no allegations of injury inflicted upon the victim. Though Defendant has a prior criminal record, there are no prior incidents of family violence. Defendant's prior record, and current open cases, weigh adversely against the likelihood that he will successfully complete the diversion process. However, none of Defendant's priors appear to be crimes of a violent nature.

**CONCLUSION**

Based on the above, Defendant's Motion for Diversion is hereby GRANTED. A trial setting will be held on August 17, 2009 at 2:00 P.M.

**IT IS SO ORDERED** this 3rd day of August, 2009.

·Original Signed By:
Hon. Alberto C. Lamorena, III

_____
**Alberto C. Lamorena III**
Presiding Judge
Superior Court of Guam

I do hereby certify that the foregoing
is a full, true and correct copy of the
original on file in the office of the
clerk of the Superior Court of Guam.

AUG 04 2009

**Domingo M. Nego**
Deputy Clerk, Superior Court of Guam